```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR MARTINEZ MATA,

                Plaintiff,

-against-

144 DELI GROCERY STORE CORP., et al.,

                Defendants.

25-CV-00984 (MMG)

**ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

    Defendants 144 Deli Grocery Store Corp. and Juan Polanco have not yet appeared in this matter and appear to be in default. *See* Dkt. Nos. 6, 7. It is hereby ORDERED that if Defendants do not respond to the Complaint or appear by **May 19, 2025**, then by **May 26, 2025**, Plaintiff shall file any motion for default judgment in accordance with the Court's Individual Rules & Practices.

    If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

    It is further ORDERED that Defendants shall file any opposition to any motion for default judgment by **June 9, 2025**.

    Plaintiff shall serve a copy of this Order on Defendants by first-class mail and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

    In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **May 29, 2025**, and shall file proof of such service by **May 30, 2025**.

    If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF

Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

Dated: April 28, 2025
      New York, New York

SO ORDERED.

*[signature]*

MARGARET M. GARNETT
United States District Judge